IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3063 |
| vs. | ORDER |
| TRAVIS G. WARREN, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 27). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 27) is granted.

2. The indictment is dismissed without prejudice.

3. This case is closed.

Dated this 23rd day of August, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge